# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>MITAC DIGITAL CORPORATION, d/b/a MAGELLAN,<br><br>                Defendant. | C.A. No. 12-339-LPS |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant MiTAC Digital Corporation ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 8, 2013

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| /s/ Stephen B. Brauerman<br>Richard D. Kirk (No. 922)<br>Stephen B. Brauerman (No. 4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com | /s/ Richard L. Horwitz<br>Richard L. Horwitz (No. 2246)<br>David E. Moore (No. 3983)<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Data Carriers, LLC* | *Attorneys for Defendant*<br>*MiTAC Digital Corporation* |


| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Marc A. Fenster<br>Benjamin T. Wang<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>(310) 826-7474 | Kai Tseng<br>FREITAS TSENG & KAUFMAN LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, CA 94065<br>(650) 593-6300 |